UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WORLDS.COM INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NCSOFT CORP.,<br><br>                    Defendant. | CASE NO. C 09-01982 MHP<br><br>**JOINT STIPULATION REGARDING DISCOVERY PLAN**<br><br>Judge:  Hon. Marilyn H. Patel<br>            Courtroom 15, 18th Floor |
|---|---|

Pursuant to the Court's guidance on December 7, 2009, Worlds.com, Inc. ("Worlds.com") and NCsoft Corporation ("NCsoft") submit the following stipulation regarding the following modifications to the joint Discovery Plan:

1.  Worlds.com shall produce all documents called for by Patent L.R. 3-2, including all documents concerning conception/reduction to practice, by December 18, 2009.

2.  NCsoft shall serve contentions and produce documents pursuant to Patent L.R. 3-3 and 3-4 by January 15, 2009.

3.  The remaining discovery schedule shall be amended as follows:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Proposed Terms for Construction (Patent L.R. 4-1) due | December 18, 2009 | January 22, 2010 |
| Preliminary Claim Construction (Patent L.R. 4-2) due | January 15, 2010 | February 19, 2010 |

| Event | Original Date | Stipulated Date |
|---|---|---|
| Joint Claim Construction and claim construction expert reports (Patent L.R. 4-3) due | February 26, 2010 | April 2, 2010 |
| Last Day for discovery relating to Claim Construction (Patent L.R. 4-4) | April 5, 2010 | May 10, 2010 |
| Opening Claim Construction Brief (in compliance with Patent L.R. 4-5(a)) due | April 26, 2010 | May 31, 2010 |
| Opposing Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(b)) due | May 14, 2010 | June 18, 2010 |
| Reply Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(c)) due | May 25, 2010 | June 29, 2010 |
| Claim Construction Hearing (in compliance with Patent L.R. 4-6) | June 8, 2010, or at the Court's convenience | July 13, 2010, or at the Court's convenience |
| Last day to disclose reliance on advice of counsel | (50 days after *Markman* ruling) | (50 days after *Markman* ruling) |
| Close of Fact Discovery | (75 days after *Markman* ruling) | (75 days after *Markman* ruling) |
| Expert reports on issues for which a party bears the burden of proof | (4 weeks after close of fact discovery) | (4 weeks after close of fact discovery) |
| Rebuttal expert reports | (10 weeks after close of fact discovery) | (10 weeks after close of fact discovery) |

| Event | Original Date | Stipulated Date |
|---|---|---|
| Close of expert discovery | (14 weeks after close of fact discovery) | (14 weeks after close of fact discovery) |
| Last day to file dispositive motions | (16 weeks after close of fact discovery) | (16 weeks after close of fact discovery) |
| Pre-trial conference | (30 weeks after close of fact discovery, or at the Court's convenience) | (30 weeks after close of fact discovery, or at the Court's convenience) |
| Trial | (34 weeks after close of fact discovery, or at the Court's convenience) | (34 weeks after close of fact discovery, or at the Court's convenience) |

Dated: December 10, 2009

Respectfully submitted,

David Commins
COMMINS & KNUDSEN, P.C.
400 Montgomery St., Suite 200
San Francisco, CA 94104
Tel:   415.391.6490
Fax:   415.391.6493
*Attorneys for Plaintiff Worlds.com Inc.*

Stephen F. Roth (*pro hac vice*)
Russell W. Fagenburg (*pro hac vice*)
Keir J. LoIacono (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Worlds.com Inc.*

By: __/s/   Russel W. Fagenburg__ .



IT IS SO ORDERED
Judge Marilyn H. Patel

1
2  Gabrielle E. Higgins (CSB # 163179)          Jesse J. Jenner (*pro hac vice*)
3  ROPES & GRAY                                  Gene W. Lee (*pro hac vice*)
   1900 University Avenue, 6th Floor             David S. Chun (*pro hac vice*)
4  East Palo Alto, CA 94303                      Brian P. Biddinger (CSB # 224604)
   Tel:   650.617.4015                           Hanyong Lee (*pro hac vice*)
5  Fax:   650.566.4131                           ROPES & GRAY
                                                 1211 Avenue of the Americas
6  *Attorneys for Defendant NCsoft Corp.*        New York, NY 10036-8704
                                                 Tel:   212.596.9000
7                                                Fax:   212.596.9090
8
                                                 *Attorneys for Defendant NCsoft Corp.*
9
                                                 By:   /s/   Brian P. Biddinger          .
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28