UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WORLDS.COM INC.,

          Plaintiff,

v.

NCSOFT CORP.,

          Defendant.

Civil Action No. 09-01982 MHP

District Judge Marilyn Hall Patel

# JOINT STIPULATION REGARDING DISCOVERY PLAN

Worlds.com Inc. ("Worlds") and NCsoft Corporation ("NCsoft") submit the following stipulation regarding modifications to the joint Discovery Plan to accommodate ongoing developments during the claim construction proceedings in this case:

1. The remaining discovery schedule shall be amended as follows:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Preliminary Claim Construction (Patent L.R. 4-2) due | February 19, 2010 | April 2, 2010 |
| Joint Claim Construction and claim construction expert reports (Patent L.R. 4-3) due | April 2, 2010 | May 14, 2010 |
| Last Day for discovery relating to Claim Construction (Patent L.R. 4-4) | May 10, 2010 | June 21, 2010 |
STIPULATION REGARDING DISCOVERY PLAN
Case No. 09-01982 MHP

Joint Stip regarding discovery plan 2-16-10

| Event | Original Date | Stipulated Date |
|---|---|---|
| Opening Claim Construction Brief (in compliance with Patent L.R. 4-5(a)) due | May 31, 2010 | July 12, 2010 |
| Opposing Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(b)) due | June 18, 2010 | July 30, 2010 |
| Reply Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(c)) due | June 29, 2010 | August 10, 2010 |
| Claim Construction Hearing (in compliance with Patent L.R. 4-6) | July 13, 2010, or at the Court's convenience | ~~August 24, 2010, or at the Court's convenience~~ August 25, 2010 at 9:00 am |
| Last day to disclose reliance on advice of counsel | (50 days after *Markman* ruling) | (50 days after *Markman* ruling) |
| Close of Fact Discovery | (75 days after *Markman* ruling) | (75 days after *Markman* ruling) |
| Expert reports on issues for which a party bears the burden of proof | (4 weeks after close of fact discovery) | (4 weeks after close of fact discovery) |
| Rebuttal expert reports | (10 weeks after close of fact discovery) | (10 weeks after close of fact discovery) |

| Event | Original Date | Stipulated Date |
|---|---|---|
| Close of expert discovery | (14 weeks after close of fact discovery) | (14 weeks after close of fact discovery) |
| Last day to file dispositive motions | (16 weeks after close of fact discovery) | (16 weeks after close of fact discovery) |
| Pre-trial conference | (30 weeks after close of fact discovery, or at the Court's convenience) | (30 weeks after close of fact discovery, or at the Court's convenience) |
| Trial | (34 weeks after close of fact discovery, or at the Court's convenience) | (34 weeks after close of fact discovery, or at the Court's convenience) |

Dated: February 16, 2010

Respectfully submitted,

David Commins
COMMINS & KNUDSEN, P.C.
400 Montgomery St., Ste. 200
San Francisco, CA 94104
Tel: 415.391.6490
Fax: 415.391.6493
*Attorneys for Plaintiff Worlds.com Inc.*

Stephen F. Roth (*pro hac vice*)
Russell W. Faegenburg (*pro hac vice*)
Keir J. LoIacono (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908.654.5000
Fax: 908.654.7866
*Attorneys for Plaintiff Worlds.com Inc.*

By: /s/ Russell W. Faegenburg

| | |
|---|---|
| Gabrielle E. Higgins (CSB # 163179)<br>ROPES & GRAY<br>1900 University Avenue, 6th Fl.<br>East Palo Alto, CA 94303<br>Tel: 650.617.4015<br>Fax: 650.566.4131<br>*Attorneys for Defendant NCsoft Corp.* | Jesse J. Jenner (*pro hac vice*)<br>Gene W. Lee (*pro hac vice*)<br>David S. Chun (*pro hac vice*)<br>Brian P. Biddinger (CSB # 224604)<br>Hanyong Lee (*pro hac vice*)<br>ROPES & GRAY<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel: 212.596.9000<br>Fax: 212.596.9090<br>*Attorneys for Defendant NCsoft Corp.*<br><br>By: /s/ Brian P. Biddinger |

2/17/2010

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING DISCOVERY PLAN
Case No. 09-01982 MHP