UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDS.COM INC., <br>       Plaintiff, <br> v. <br> NCSOFT CORP., <br>       Defendant. | CASE NO. C 09-01982 MHP <br><br> **JOINT STIPULATION REGARDING ADJOURNMENT OF MARCH 1 STATUS CONFERENCE** <br><br> Judge: Hon. Marilyn H. Patel <br>           Courtroom 15, 18th Floor |

The Court has scheduled a Status Conference in this action for March 1, 2010 (Docket Entry 63). The Parties desire a three-week adjournment of that date, and jointly state and stipulate as follows:

1. The parties have been engaged in settlement discussions and have agreed on the amount of a monetary payment to settle the matter, subject to reaching agreement on additional material terms and provisions.

2. The parties believe that a three-week adjournment of the March 1, 2010 Status Conference would allow the parties time to enter into a final settlement agreement and stipulate to the dismissal of this action, and thereby obviate the need for a further Status Conference.

3. The March 1, 2010 Status Conference is rescheduled for March 22, 2010 at 03:00 PM in Courtroom 15, 18th Floor, San Francisco, or a subsequent date that is convenient for the Court.

//

//

**STIPULATION REGARDING STATUS CONFERENCE** 1
**Case No. C 09-01982 MHP**

Dated: February 25, 2010

Respectfully submitted,

| | |
|---|---|
| David Commins<br>COMMINS & KNUDSEN, P.C.<br>400 Montgomery St., Suite 200<br>San Francisco, CA 94104<br>Tel:   415.391.6490<br>Fax:   415.391.6493<br>*Attorneys for Plaintiff Worlds.com Inc.* | Stephen F. Roth (*pro hac vice*)<br>Russell W. Faegenburg (*pro hac vice*)<br>Keir J. LoIacono (*pro hac vice*)<br>LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>Tel:   908.654.5000<br>Fax:   908.654.7866<br>*Attorneys for Plaintiff Worlds.com Inc.*<br><br>By:   /s/   Russell W. Faegenburg   . |
| Gabrielle E. Higgins (CSB # 163179)<br>ROPES & GRAY<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303<br>Tel:   650.617.4015<br>Fax:   650.566.4131<br><br>*Attorneys for Defendant NCsoft Corp.* | Jesse J. Jenner (*pro hac vice*)<br>Gene W. Lee (*pro hac vice*)<br>David S. Chun (*pro hac vice*)<br>Brian P. Biddinger (CSB # 224604)<br>Hanyong Lee (*pro hac vice*)<br>ROPES & GRAY<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel:   212.596.9000<br>Fax:   212.596.9090<br><br>*Attorneys for Defendant NCsoft Corp.*<br><br>By:   /s/   David S. Chun   . |

2/26/2010

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION REGARDING STATUS CONFERENCE**
Case No. C 09-01982 MHP

2