UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDS.COM INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NCSOFT CORP.,<br><br>    Defendant. | CASE NO. C 09-01982 MHP<br><br>**JOINT STIPULATION TO ADJOURN THE MARCH 22 STATUS CONFERENCE**<br><br>Judge:  Hon. Marilyn H. Patel<br>         Courtroom 15, 18th Floor |

The Court has scheduled a Status Conference in this action for March 22, 2010 (Docket Entry 73). Plaintiff Worlds.com ("Worlds") desires a two-week adjournment of that date. Defendant NCsoft Corp. ("NCsoft") does not object. In support of this request, Worlds states as follows:

1. The parties have been engaged in settlement discussions and are negotiating the remaining terms of a written settlement agreement.

2. Worlds needs additional time to evaluate the terms of the proposed settlement, and believes that a two-week extension of time would allow the parties time to enter into a final settlement agreement and stipulate to the dismissal of this action, and thereby obviate the need for a further Status conference.

3. The March 22, 2010 Status conference is rescheduled to April 5, 2010 at 3:00 p.m. in Courtroom 15, 18th Floor, San Francisco, or a subsequent date that is convenient for the Court.

DATED: March 17, 2010

| | |
|---|---|
| David Commins<br>COMMINS & KNUDSEN, P.C.<br>400 Montgomery St., Suite 200<br>San Francisco, CA 94104<br>Tel:  415.391.6490<br>Fax:  415.391.6493<br>*Attorneys for Plaintiff Worlds.com Inc.* | Stephen F. Roth<br>Russell W. Faegenburg<br>Noelle Cacciabeve<br>Keir J. LoIacono<br>LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>Tel:  908.654.5000<br>Fax:  908.654.7866 |

*Attorneys for Plaintiff Worlds.com Inc.*

By:  /s/ Stephen F. Roth

Gabrielle E. Higgins (CSB # 163179)
ROPES & GRAY
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Tel:   650.617.4015
Fax:  650.566.4131

*Attorneys for Defendant NCsoft Corp.*

Jesse J. Jenner (*pro hac vice*)
Gene W. Lee (*pro hac vice*)
David S. Chun (*pro hac vice*)
Brian P. Biddinger (CSB # 224604)
Hanyong Lee (*pro hac vice*)
ROPES & GRAY
1211 Avenue of the Americas
New York, NY 10036-8704
Tel:   212.596.9000
Fax:  212.596.9090

*Attorneys for Defendant NCsoft Corp.*

By:  /s/ Brian P. Biddinger             .

3/18/2010

IT IS SO ORDERED

Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR ADJOURNMENT
Case No. C 09-01982 MHP

2